512 A.2d 1186

**WORKMEN'S COMPENSATION APPEAL BOARD (HERSHEY EQUIPMENT CORPORATION)**

v.

**Dennis L. LANDIS.**

**Appeal of HERSHEY EQUIPMENT COMPANY.**

Supreme Court of Pennsylvania.

July 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 32 M.D. Appeal Docket 1986.